391 A.2d 683

Commonwealth v. Heck, Appellant.

Submitted September 12, 1977. Patrick J. Flannery, Assistant Public Defender, for appellant; Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The case is remanded to the lower court for filing of a petition to withdraw the guilty plea. *Commonwealth v. Marzik*, 255 Pa.Super. 500, 388 A.2d 340 (1978).

PRICE and VAN der VOORT, JJ., dissented for the reasons cited in Judge PRICE's dissenting opinion in *Commonwealth v. Marzik*, supra.

WATKINS, former P. J., did not participate in the consideration or decision of this case.